

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| HARKAND GULF SERVICES, LLC | § | CASE NO. 16-33176 |
| | § | |
| Debtor | § | CHAPTER 7 |

### AMENDED ORDER

UPON THE MOTION of the Trustee to pay funds into the Court registry under 11 U.S.C. § 347 (a) and/or Federal Rule of Bankruptcy Procedure 3010, the Trustee is directed to deposit into the registry these unclaimed funds and/or small dividends reflected on Exhibit "A" attached to this Order.

THIS order is signed for the Court by the Clerk under authority of 23 U.S.C. § 956 and General Order 2000-3.

SIGNED this 17th day of March, 2020.

This order is signed for the Court by the clerk under authority of 28 U.S.C. § 956 and General Order 2000-3.
DAVID J. BRADLEY, CLERK
By: _____
Deputy Clerk

**AMENDED EXHIBIT "A"**

IN RE: § §
HARKAND GULF SERVICES, LLC § CASE NO. 16-33176
§
Debtor § CHAPTER 7

\_\_\_\_\_ Small Dividends

_X_ Unclaimed Dividends

| | | |
|---|---|---|
| Check No. 3069 | Distribution of Chapter 7 General Unsecured Claim #38 pursuant to Trustee's Final Report | |
| Trevor Day<br>15200 Memorial Drive, Unit 3412<br>Houston, TX 77079 | | $1,667.49 |
| Check No. 3071 | Distribution of Chapter 7 General Unsecured Claim #40 pursuant to Trustee's Final Report | |
| Thomas B. Ellis<br>2807 Lockeridge Cove Dr.<br>Spring, TX 77386 | | $1,221.91 |
| Check No. 3073 | Distribution of Chapter 7 General Unsecured Claim #42 pursuant to Trustee's Final Report | |
| Kongsberg Maritime, Inc.<br>5373 W. Sam Houston Parkway N., Suite 200<br>Houston, TX 77041 | | $12,251.19 |
| | Total Unclaimed Dividends: | $15,140.59 |
| | Total Small & Unclaimed Dividends: | $15,140.59 |