**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

ENTERED
08/24/2020

In Re: Harkand Gulf Services, LLC

**Debtor(s)**

Case No.: 16–33176

Chapter: 7

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Eva S Engelhart is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 8/24/20

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge