

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | Harkand Gulf Services, LLC | ENTERED |
| | **Debtor(s)** | 08/24/2020 |

Case No.: 16–33176
Chapter: 7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Eva S Engelhart is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 8/24/20

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge

```
                          United States Bankruptcy Court
                            Southern District of Texas
In re:                                                          Case No. 16-33176-evr
Harkand Gulf Services, LLC                                      Chapter 7
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0541-4          User: rcas                 Page 1 of 2           Date Rcvd: Aug 24, 2020
                              Form ID: fnldtxs           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2020.
db             #+Harkand Gulf Services, LLC,    1441 Park Ten Blvd,    Houston, TX 77084-5028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2020                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2020 at the address(es) listed below:

              Allison Davison Byman    on behalf of Creditor   Aegis Energy Syndicate adb@bymanlaw.com,
               rww.trustee1@gmail.com;admin@bymanlaw.com;cadb11@trustesolutions.net;rah@bymanlaw.com
              Allison Davison Byman    on behalf of Creditor   Liberty Mutual of London adb@bymanlaw.com,
               rww.trustee1@gmail.com;admin@bymanlaw.com;cadb11@trustesolutions.net;rah@bymanlaw.com
              Basil A Umari    on behalf of Creditor   Central Dispatch, Inc. bumari@umari-zugaro.com
              Brian A Kilmer    on behalf of Debtor   Harkand Gulf Services, LLC bkilmer@kcq-lawfirm.com,
               bkilmer@ecf.courtdrive.com
              Courtney Hull    on behalf of Creditor   Texas Comptroller of Public Accounts and Texas Workforce
               Commission bk-chull@oag.texas.gov,    sherri.simpson@oag.texas.gov
              Dale E Barney    on behalf of Creditor   Veolia ES Special Services, Inc. dbarney@gibbonslaw.com
              Dale E Barney    on behalf of Creditor   Veolia ES Industrial Services, Inc. dbarney@gibbonslaw.com
              Devin B Hahn    on behalf of Creditor   McGriff,Siebels & Williams,Inc. dhahn@winstead.com
              Devin B Hahn    on behalf of Debtor   Harkand Gulf Services, LLC dhahn@winstead.com
              Eva S Engelhart    on behalf of Trustee Eva S Engelhart eengelhart@rossbanks.com,
               ee@trustesolutions.net;christinevega@rossbanks.com;kday@rossbanks.com
              Eva S Engelhart    eengelhart@rossbanks.com,
               ee@trustesolutions.net;christinevega@rossbanks.com;kday@rossbanks.com
              Hector  Duran, Jr    on behalf of U.S. Trustee    US Trustee Hector.Duran.Jr@usdoj.gov
              Jason Bradley Binford    on behalf of Creditor   Veolia ES Special Services, Inc.
               Jason.binford@oag.texas.gov
              Jason Bradley Binford    on behalf of Creditor   Veolia ES Industrial Services, Inc.
               Jason.binford@oag.texas.gov
              John P Dillman    on behalf of Creditor   Harris County Houston_bankruptcy@publicans.com
              John P Dillman    on behalf of Creditor   Galveston County Houston_bankruptcy@publicans.com
              John P Dillman    on behalf of Creditor   Cypress-Fairbanks ISD Houston_bankruptcy@publicans.com
              Joseph Peak Rovira    on behalf of Defendant   Proserv Operations, LLC f/k/a Proserve Operations,
               Inc. josephrovira@HuntonAK.com
              Marc Douglas Myers    on behalf of Plaintiff Eva S. Engelhart mmyers@rossbanks.com,
               dgraves@rossbanks.com;drgrvs@yahoo.com;marcmyers2006@yahoo.com
              Marc Douglas Myers    on behalf of Trustee Eva S Engelhart mmyers@rossbanks.com,
               dgraves@rossbanks.com;drgrvs@yahoo.com;marcmyers2006@yahoo.com
              Marc Douglas Myers    on behalf of Attorney    Ross, Banks, May, Cron & Cavin, P.C.
               mmyers@rossbanks.com,    dgraves@rossbanks.com;drgrvs@yahoo.com;marcmyers2006@yahoo.com
              Matthew Allen Foytlin    on behalf of Creditor   McGriff,Siebels & Williams,Inc.
               mfoytlin@shackelford.law,  kaaron@shackelford.law
              Matthew B Alexander    on behalf of Defendant    Seatronics, Inc. Matt.Alexander@tklaw.com,
               dannette.johnson@tklaw.com

```
District/off: 0541-4          User: rcas                 Page 2 of 2                  Date Rcvd: Aug 24, 2020
                              Form ID: fnldtxs           Total Noticed: 1

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Nancy Lynne Holley    on behalf of U.S. Trustee    US Trustee nancy.holley@usdoj.gov,
               Barbara.L.Griffin@usdoj.gov
              Ralph E Kraft    on behalf of Defendant    Unique System, LLC rek@kgdlawllc.com,
               ctd@kgdlawllc.com;bel@kgdlawllc.com;hmh@kgdlawllc.com;mmc@klalawyers.com
              Stephen Lynn Williamson    on behalf of Defendant    Bollinger Fourchon, LLC swilliamson@gamb.com,
               lquintana@gamb.com
              Stephen Lynn Williamson    on behalf of Defendant    Bollinger Shipyards Lockport, LLC
               swilliamson@gamb.com,  lquintana@gamb.com
              Steven A. Leyh    on behalf of Creditor    Wells Fargo Bank, N.A. sleyh@lpmfirm.com,
               khaley@lpmfirm.com;lpm.ecf@gmail.com;aaguilar@lpmfirm.com
              Steven T Holmes    on behalf of Creditor    IPFS Corporation sholmes@chfirm.com
              Trent L Rosenthal    on behalf of Creditor    Sullivan Newport LTD trosenthal@rosenthallaw.com,
               nlamb@rosenthallaw.com;RosenthalTR98436@notify.bestcase.com
              US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV
                                                                                                 TOTAL: 31
```